ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

ROBERT ARNOLD SHARPE, JR., )
)
      Plaintiff, )
)
v. ) CV 310-093
)
ANGIE BROWN, Employee of the )
Department of Family and Children )
Services, and SHELIA SMITH, DFCS Case )
Worker, )
)
      Defendants. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's request to proceed IFP is **DENIED** (doc. no. 2), and this action is **DISMISSED** without prejudice. If Plaintiff wishes to proceed with the claims raised in this lawsuit, he shall be required to submit a new complaint, along with the full filing fee. Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002) (*per curiam*).

SO ORDERED this 5th day of January, 2011, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE